IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SECURITIES & EXCHANGE COMMISSION,      No   C-01-3376 VRW

        Plaintiff,                          ORDER

        v

M & A WEST, INC et al,

        Defendants.
                                    /
```

Defendant Stanley R Medley requests leave of court to file a sur-reply in connection with the motion for summary judgment filed by plaintiff Securities and Exchange Commission. The motion is GRANTED, and the memorandum shall be filed no later than June 10, 2005.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge