E-Filing

1  IRVING M. EINHORN (SBN 135629)
   PATRICIA G. BELL (SBN 97051)
2  LAW OFFICES OF IRVING M. EINHORN
   1710 10th Street
3  Manhattan Beach, California 90266

4  Telephone: (310) 798-7216
   Facsimile: (310) 798-5910
5
   Attorneys for Defendant
6  Stanley R. Medley

7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

13  SECURITIES AND EXCHANGE         )  CASE NO. C 01 3376 VRW
    COMMISSION,                     )
14                                  )  STIPULATION BETWEEN
               Plaintiff,           )  PLAINTIFF AND DEFENDANT
15                                  )  MEDLEY TO CONTINUE HEARING
                                    )  ON REMEDIES
16         vs.                      )
17                                  )
                                    )
18  M & A WEST, INC. et al.,        )
19                                  )
               Defendants.          )
20                                  )
                                    )
21                                  )
                                    )
22                                  )

23

24

25

26

27

28
                         STIPULATION

This stipulation is agreed to by and between Plaintiff Securities and Exchange

Commission ("SEC") and Defendant Stanley R. Medley ("Medley").

WHEREAS:

1.      By order dated June 21, 2005, the court scheduled a hearing on remedies to take place on August 4, 2005 at 2:00 p.m.

2.      Counsel for Medley has a previously scheduled vacation which conflicts with the above date.

3.      The SEC has no objection to continuing the date of the hearing one week, to August 11, 2005 at 2:00 p.m.

IT IS NOW THEREFORE AGREED between the SEC and Medley that the aforementioned hearing on remedies may take place on August 11, 2005 at 2:00 p.m.

DATED: July 5, 2005

Patricia G. Bell
Attorney for Defendant
Stanley R. Medley

DATED: July 6, 2005

Susan F. La Marca
Attorney for Plaintiff
Securities & Exchange Commission

**IT IS SO ORDERED.**

DATED: 7/12/2005

United States District Judge

STIPULATION

-2-

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, certify and declare that am employed in the County of Los Angeles. I further certify and declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1710 10th Street, Manhattan Beach, California 90266-6206

On July 7, 2005, I served the following documents described as:

## **STIPULATION BETWEEN PLAINTIFF AND DEFENDANT MEDLEY TO CONTINUE HEARING ON REMEDIES**

on the interested parties in this action by placing true copies thereof in sealed envelopes in the manner stated below:

SEE ATTACHED SERVICE LIST

(x)    I deposited such envelope in the mail at Manhattan Beach, California. The envelope was mailed with postage thereon fully prepaid.

( )    By Personal Service, I caused such envelope to be delivered by hand to the individuals so indicated in the service list attached hereto at the addresses listed.

( )    By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above addressee(s).

( )    By facsimile machine I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number:

(x)    By email to I caused the above-referenced documents(s) to be transmitted to:
        Susan F. LaMarca at lamarcas@sec.gov.

I hereby certify under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of July 2005, at Manhattan Beach, California.

Irving M. Einhorn

-1-

## SERVICE LIST

Susan F. LaMarca, Esq.
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

Attorney for Plaintiff

Robert J. Breakstone
Edwin Prather, Esq.
Rogers, Joseph O'Donnell & Phillips
311 California Street, 10th Floor
San Francisco, CA 94104

Attorneys for Scott L. Kelly

Doron Weinberg, Esq.
Nina Wilder, Esq.
Weinberg & Wilder
523 Octavia Street
San Francisco, CA 94102

Attorneys for Zahra R. Gilak

F. Thomas Eck, III, pro se (#06792-032)
Taft Correctional Institution
P.O. Box 7001
Taft, CA 93268

Susan S. Muck, Esq.
Alice Jensen, Esq.
Fenwick & West LLP
275 Battery Street
San Francisco, CA 94111

Attorneys for Salvatore Censoprano

M&A West, Inc.
c/o Patrick Green
446 Mountain Oak
Canyon Lake, TX 78133

-2-