United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No   C 01-3376 VRW |
| Plaintiff, | ORDER |
| v | |
| M & A WEST, INC, et al, | |
| Defendants. | |

      On July 23, 2009, plaintiff Securities and Exchange Commission moved for summary judgment and an injunction against defendant Zahra R Gilak.  Doc #175.  Gilak has not submitted a response to plaintiff's motion, and the deadline for doing so has passed.

      Gilak is ORDERED to SHOW CAUSE in writing on or before October 15, 2009 why plaintiff's motion for summary judgment should

not be granted.  Failure to respond to this order shall be deemed grounds to grant the motion and injunction.

The hearing scheduled for October 1, 2009 is hereby **VACATED**.  The court will submit the matter on the papers unless a hearing becomes necessary.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

**2**