IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE       No   C 01-3376 VRW
COMMISSION,
                                   ORDER
         Plaintiff,

         v

M & A WEST, INC, et al,

         Defendants.
                                      /

         On July 23, 2009, plaintiff Securities and Exchange Commission moved for summary judgment and an injunction against defendant Zahra R Gilak.  Doc #175.  After Gilak did not respond to plaintiff's motion, the court ordered Gilak to show cause why plaintiff's motion for summary judgment should not be granted.  Doc #178.  Gilak has not submitted a response to the court's order and the deadline for doing so has passed.

Because Gilak was given opportunity to oppose the motion and did not, plaintiff's motion for summary judgment and an injunction against Gilak (Doc #175) is GRANTED.

The court further adopts the proposed order lodged by the Commission. This order provides not only the detailed recitals of the statutory and regulatory provisions that form the basis for judgment against Gilak, but also sets the terms of injunctive relief and civil monetary penalties to which the Commission is entitled. To the extent that there is any inconsistency between that order and this order, this order shall control.

Finally, a word on the amount of civil penalties that is appropriate. The Commission seeks "third tier" penalties for Gilak's conduct. The maximum third-tier penalty for actions taken at the time of the conduct in this case is $110,000, although this may be imposed for each violation. See 15 USC § 77t(d); 15 USC § 78u(d)(3); 17 CFR § 201.1001 & tbl 1. Beyond stating that it seeks third-tier penalties, the Commission has not proposed a particular penalty or a method for accessing the penalty. Nor, of course, has Gilak taken a position on the appropriate amount of civil monetary penalties. Based on the facts of this case, the court concludes that a single $110,000 penalty for each of Gilak's six guilty counts is warranted. Accordingly, the court assesses a $660,000 civil monetary penalty. This is incorporated into the detailed order and injunction (Doc #181) filed with this order.

//
//
//
//

In sum, the Commission's motion for summary judgment (Doc #175) is GRANTED.

IT IS SO ORDERED.

                                         VAUGHN R WALKER
                                         United States District Chief Judge