IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v

M & A WEST, INC, et al,

    Defendants.

No C 01-3376 VRW

ORDER

On October 14, 2009, plaintiff Securities and Exchange Commission moved to dismiss remaining claims against defendants Stanley Medley, Scott Kelly and F Thomas Eck, Doc #179, citing its belief that "[b]ased on the remedies already obtained in this action, and in related actions," it is "no longer necessary to pursue the remaining claims."

//

//

        Having considered the Commission's position, the court GRANTS plaintiff's motion (Doc #179).

        The clerk is directed to terminate all motions and close the file.

        IT IS SO ORDERED.

                          VAUGHN R WALKER
                          United States District Chief Judge